Commonwealth *v.* Winters, Appellant.

Argued April 11, 1974. *David B. Washington,* with him *Shields & Washington,* for appellant; *Robert F. Hawk,* Assistant District Attorney, with him *John H. Brydon,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., did not participate in the consideration or decision of this case.